Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   SHREVEPORT

for the

_WESTERN_ District of _LOUISIANA_

_Shreveport_ Division

FEB 22 2021

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

The UNITED NATIONS, and.
The UNITED STATES of AMERICA, Ex Rel, in re:
U.S./U.N. CITIZEN(S) - VETERAN(S) by OATHS of ALLegience
Mr. CHARLES KENNETH WALLACE, Sr.
"ET ALIA" and JURIES, JURORS (3RD PARTIES)
RELATOR(S) – *Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

ALL La. Sup Ct, App. Ct. E -v- ALL Crim. Ct. Judges,
THE STATE of LOUISIANA, and
HONORABLE JOHN BEL EDWARDS

GOVERNOR of the Great Sovereign State of Louisiana,
ET AL. *Respondent-Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No.  **21-cv-0538**

*(to be filled in by the Clerk's Office)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

Fed. R. Civ. Pr. 23 et seq

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | U.S./U.N. citizen-veteran(s) Et AL and Solicitor General of the United States |
| All other names by which you have been known: | N/A |
| ID Number | ~UNKNOWN~ |
| Current Institution | Room 5614, Department of JUSTICE |
| Address | 950 Pennsylvania AVENUE N.W. |
| | WASHINGTON     DC     20530-0001 |
| | *City*          *State*        *Zip Code* |

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**PLAINTIFF No. 2**

| | |
|---|---|
| Name | M^R CHARLES KENNETH WALLACE, S^R |
| ALIAS(s) | NONE |
| I.D. | # 093248 |
| Institution | DAVID WADE CORRECTIONAL CENTER |
| Address | 670 Bell Hill ROAD |
| | HOMER     LA     71040 |
| | *City*        *State*      *Zip Code* |

### B. DEFENDANT

**Defendant No. 1-2**

| | |
|---|---|
| Name | 1) STATE OF LOUISIANA  2) JOHN Bel EDWARDS |
| Job or Title *(if known)* | Governor STATE of LOUISIANA |
| Shield Number | ~UNKNOWN~ |
| Employer | STATE OF LOUISIANA |
| Address | STATE CAPITOL, 900 3rd St, P.O. Box 94004 |
| | BATON ROUGE     LA.     70804-9004 |
| | *City*        *State*      *Zip Code* |

☒ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name      JOHN A. ALARIO, Jr.

Job or Title *(if known)*      President of the Senate

Shield Number      N/A

Employer      Civil Service

Address      State Capitol, 900 N. 3rd St.

Baton Rouge      LA      70802-5236
     *City*      *State*      *Zip Code*

☒ Individual capacity      ☒ Official capacity

Defendant No. 4

Name      TAYLOR F. Barras

Job or Title *(if known)*      Speaker of the House

Shield Number      N/A

Employer      Civil Service

Address      State Capitol, 900 N. 3rd St.

Baton Rouge      La.      70802-5236
     *City*      *State*      *Zip Code*

☒ Individual capacity      ☒ Official capacity

DEFENDANTS No. 5 — : ALL LA. Sup.Ct., App.Ct and Crim.Ct. Judges Oathed before
JAN. 1 2020 Superintending Serious Felonies trials
by Judge, or Sury or Guilty Pleas, finalized.

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

A.D.A / 42 U.S.C.A. §§ 12101-12213 / 108 N.E. 275, 276; 288 P.2d 31, 34;
U.S. Const. Art. II [3] and [5]; Ament. 6, 7, 9 and 14;
U.N. Universal Declaration of Human Rights Article(s) 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12,
13, 17(2), 18, 21, 21(3) et seq.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

*The STATE WAS DUE PROCESS notified that all prisoners are technically and unconstitutionally (before Jan 1, 2020) denied every element of jury trial under color of law La.Const Art. 1 §17 and in total deliberate INDIFFERENCE DEFIANCE MAINTAIN THE KIDNAPPING & U.S. Citizens. Alario resurrected the Ununanimous 10 verdict at the 1974 Const.Convention. The state Crim. App. Sup.Cr. Judges violated their oaths by U.S.Const. Art. VI [2][3], Amend.6,14 vs La.C.84 Art.1§17 ununanimity instruction's.*

III.  **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[X] Pretrial detainee(s) *technically*

[ ] Civilly committed detainee

[ ] Immigration detainee

[X] Convicted and sentenced state prisoner(s) *( ILLEGALLY )*

[ ] Convicted and sentenced federal prisoner

[X] Other *(explain)*  *Denial of TRIAL(s) by Jury equates to pre-trial status.*

IV.  **Statement of Claim**  *Thousands of U.S.Citizens are denied their equal protection right to the presumption of innocence including relator, inviolate of U.S.Const Amd. 9,14 et seq.*

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed. *Primary PLAINTIFF has a jury of nine, white unanimous (sworn together) instructed under Ten ununanimous charge without any minority jurors; others perhaps under 9-3 verdicts. La.Const. Art. 1§17A.*

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose. / Art.1§17A, *Ununanimity stealthily shifted (et. the burden) of proof in the identification, etc.*

*1) IN EVERY La.Crim. Court citizens plead guilty unknowingly & UNintelligently;*

*2) IN EVERY La.Crim. Court citizens tried by judge w/o knowingly, intelligent WAIVER(s).*

*3) IN EVERY Serious Felony trial the La. Courts have Not instructed any Ununanimous verdict;*

*4) In every La.Criminal CASE, THE Judges Violated their U.S.Const.Art.VI[3] OATHS; save one in ___.*

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose. *MAXIE.*

*ON April 20th, 2020 the State of Louisiana was Notified that all alleged convicted felons in its system had been each, and/or in Jury's abridged at least one of the most hallowed, equal protection rights to trial by jurys 3 basic mandated prerequisites under color of La.Const.'74 Art.1§17A Law thereby denying the immunities* Page 4 of 11 *and privileges enveloped there by equates to a form of genocide. The judge(s) D.A(s) Atts (ex.ls) counsels obstructed at their own duty risk peril.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur? July 1, 1974 ongoing; primary relator July 24th 1991 ongoing. Discovered on or about April 20, 2020 by due diligence of writer-relator. No La. Judicial Judges, Atty. Gen(s), DA, STATE ACTOR COURT Appointed Attorneys ever informed any defendant charged with serious crime of the 3 jury trial ELEMENTS of the U.S. Const. to knowingly and intelligently elect trial by jury, judge or waiver for plea of guilty.

D.  What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) No Jury was ever empaneled and sworn together VESTED AND INSTRUCTED That the verdict should be unanimous in any serious felony case punishable at hard labor; juries denied due process notice of unanimity.
- Denied the equal protection right to trial by jury
- The state violated the U.S. Const. Art. VI [2] Amend. XIV supremacy clause
- The state Crim. Ct. App. Ct. Sup. Ct. La. violated their U.S. Const. Art. VI [3] OATHS of OFFICE of Judges by failing to instruct UNANIMOUS 12 juries consistently since —
- The Atty. Gen. STATE of OREGON
- The majority Justices of the SCOTUS, "La. R.S. 15:1505, R.S. 15:1504 et seq." via La. 15:1501 et seq., 42 USC §3001 et seq.

V.  Injuries DENIED EQUAL PROTECTION RIGHT TO Religion and Religious Expression by the total denial of religious right to smoke cigars and cigarettes in holy communion STEALTHILY CLANDESTINE ENVIRONMENTAL Terminating FANTASIES

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. "The law is the rule of right and whatever is contrary to the rule of right is an injury" IN RESPECT OF WHOM every case has its own unique story however the common thread is above quoted and involuntary Servitude - SLAVERY AND A FORM of GENOCIDE and Absolute, Accidental, Bodily, Civil, IN FACT, Irreparable, permanent, Personal, Private, Public, Real, Relative, Repairable and UNKNOWN no less by La. Law, UNCONSTITUTIONAL Law, The cause & EFFECT. "it is the duty of courts to be watchful for the constitutional rights of the citizen, and against any stealthy encroachment thereon." The judges of Law have breached their OATH of Office duty to uphold the Laws of the U.S. and U.S. Const. and Amendments.

VI.  Relief Interdict by intervention INJUNCTION the dysfunctional La. Judiciary All La. Sup. Ct., App. Ct., Dist. Crim. Ct. Judges to undue the wrongs and injuries to U.S. Citizens petitions against them all, bank accounts, stocks, bonds, movable, immovable properties.

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. all liquid-fluid assets instanter as as they've acted without cause outside their judicial immunities. Actual DAMAGES, UNKNOWN, Punitive(s) DAMAGES $666 Billion US Dollars, Lost Wages $1K per hr., Loss of Consortium, $1 Mil. per class unit - each Const. Right, privilege and immunities denied, UNKNOWN VALUE - AS PRICELESS inviolate of 42 USC §3001(e) et seq. via 108 N.E. 275, 276 (La. R.S. 15:1501 et seq.) 42 USC §2000 et seq. ~~~~ 46 Fed. Reg. 7435 et seq., 15 USC §§15, 26, Title II, III ADA §504. ALL COSTS AND FEES TO BE PAID BY Respondents plus legal interests. Certify as CLASS ACTION under Fed Rule 23 and appoint CLASS COUNSEL with ORDERS AND DECREES ENTITLED TO PLAINTIFF-Relator and ANY SUCH FURTHER RELIEF AS THE COURT MAY DEEM just and PROPER INSTANTER HEREIN.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).  DAVID WADE CORRECTIONAL CENTER
670 Bell Hill Road
HOMER, LA. 71040

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

N/A

2.    What did you claim in your grievance?

NA

3.    What was the result, if any?

N/A

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance; *The State procedures fail to meet the standard of procedural fairness which the 14th Amend. requires of the state by OATH DEFAULT* divesting *judges duties* Justice Bradley in Boyd U.S.i, 116 U.S.616, 635__) In Re: Debs et al, 158 US 564 & 594 (1895).

1.    If there are any reasons why you did not file a grievance, state them here: *Seperation of Power over which the Depti has No jurisdiction (ARP. CHAPTER 2, D.1.) The ARP is Not vested with any jurisdiction POWER OVER U.S. Const. mitigation or UN/INTERNATIONAL LAW where rights privileges or immunities are totally stripped by their proceeding which fail to meet the standards of procedural impartial independant fairness required by the U.S. 14th Amend. and U.N.-UDHR ART.7,8,(10,11)(1)(2),12 et seq.*

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: *Gov. John Bel Edwards ET AL thereby, WALLACE v. LA. ET AL, USDC-WDL-3/Div. No. 5:20-CV-01089-TAD-MLH/WALLACE v. La. ET A, USDC-EDL NO. 20-2869 Section "M"(4) KAREN WELLS ROBY, Chief U.S. Mag. Judge acting as Appealate Power to overturn Chief U.S. Dist. Ct. Judge-Hicks NO RESPONSE FROM STATE OTHER THAN VINDICTIVENESS Deliberate INDIFFERENCE / It's inappropriate 544 F. Supp. 2d 59,62 (U.S. Dist. Ct. Mass 2008)*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. *It is truly hard to discern if La. has or has Not ever submitted the Const. of A74 before Congress for ratification under U.S. Const. Art. IV, section 3. [1], as a NEW STATE (out with, the old-by Repeal-in with the New) the Congress would Never have ratified any STATE CONSTITUTION inclusive of an Art. which permitted any verdict by UNUNANIMOUS instruction of 9or10 for serious criminal felony trials by jury etc.* (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) *Wherefore it appears the STATE has No U.S. Congressional authority-power or jurisdiction outside of the federal system; another insoluble dellima delegated to the U.S.A. in Congress Assembled, to exhaust.*

VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No *CLASS Acts.*

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A*

*"Local authorities had arrested them ... and tried them without juries." CARL Shurz, Et al, Sen. Exec. Doc. 2, 39th Cong. 1st Sess (1865) 23, 24, 26, 36. See also report of Commissioner of Freedman's Bureau, Exec. Doc. No. 70, 39th Cong. 1st Sess. (1866) 41, 47, 48, 233, 236, 265, 376; DAVIDSON v. New Orleans, 96 U.S. 97, 101, 24 L.Ed 616, 618.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)    _Charls H. WALLACE SR. Et AL_

Defendant(s)    _STATE oe LA. Et AL_

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_U.S. Dist. Ct. W.D.L-S/Div._

3.  Docket or index number

_NO. 5:20-CV-01089-TAD-MLH_

4.  Name of Judge assigned to your case

_TERRY A. DOUGHTY_

5.  Approximate date of filing lawsuit

_08/17/2020_

6.  Is the case still pending?

☒ Yes

☒ No

If no, give the approximate date of disposition.    _IN ABEYANCE_

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* _TRANSFERRED IN THE INTEREST_
_OF JUSTICE to U.S.D.C.-EDL, No 20-2869-M" (4)_

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)      *Charles K. WALLACE, Sr.*
      Defendant(s)    *John BelEdwards, ETAL*

2.    Court *(if federal court, name the district; if state court, name the county and State)*

      *USDC-WDL-S/DIV*

3.    Docket or index number
      *20-CV-124 P*

4.    Name of Judge assigned to your case
      *Chief Judge MAURICE S HICKS, Jr.*

5.    Approximate date of filing lawsuit
      *JAN. 24, 2020*

6.    Is the case still pending?

      ☒ Yes

      ☒ No

      If no, give the approximate date of disposition    *Dismissed w/o Prejudice APRIL 07, 2020*

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* *Dismissed w/o Prejudice*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    02 Feb, 2021

| | |
|---|---|
| Signature of Plaintiff | Charles K. Wallace Sr. |
| Printed Name of Plaintiff | CHARLES K. WALLACE, SR. |
| Prison Identification # | #093248 |
| Prison Address | D.W.C.C. - 670 Bell Hill Road |
| | HOMER              LA      71040 |
| | City        State    Zip Code |

### B.    For Attorneys

Date of signing:    _____

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | City        State    Zip Code |
| Telephone Number | |
| E-mail Address | |